**DISMISS and Opinion Filed January 25, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00496-CV**

**KIMBERLY HENDERSON, Appellant**
**V.**
**RAHMAN PROPERTIES, Appellee**

**On Appeal from the County Court at Law No. 1**
**Hunt County, Texas**
**Trial Court Cause No. CC2100183**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Appellant's brief was due on December 19, 2021. When it was not filed, we notified appellant by postcard dated December 22, 2021 and directed her to file her brief, along with a motion to extend time for filing the same, by January 3, 2022. We cautioned appellant that the failure to file a brief or an extension motion by that time would result in the appeal being dismissed under rule 38.8(a)(1). To date, appellant has not filed a brief or motion; nor has she communicated with the Court about her appeal.

Under these circumstances, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210496F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KIMBERLY HENDERSON,
Appellant

No. 05-21-00496-CV     V.

RAHMAN PROPERTIES, Appellee

On Appeal from the County Court at
Law No. 1, Hunt County, Texas
Trial Court Cause No. CC2100183.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered January 25, 2022